UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMIAH STEVENS                                                    PLAINTIFF


v.                              Case No. 4:25-cv-742-JM


INFINACORE DISTRIBUTION CORP. and
AMAZON.COM, INC.                                               DEFENDANTS


**AMAZON.COM, INC.'S**
**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendant Amazon.com, Inc. ("Amazon"), by and through its undersigned

attorneys, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint.

Except as expressly admitted, Amazon denies all allegations in Plaintiff's Complaint

that pertain to it.

## I.    INTRODUCTION

1.    Paragraph 1 of the Complaint describes the Complaint and makes no

factual allegation requiring a response.  To the extent a response is required, Amazon

denies the allegations.

## II.    PARTIES

2.    Amazon adopts and incorporates by reference its answers, responses,

admissions, denials, and statements in this answer in response to Paragraph 2 of the

Complaint.

3.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint and therefore denies them.

4.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint and therefore denies them.

5.    Amazon admits only that it is a Delaware corporation with its principal place of business in Washington. Amazon denies all remaining allegations of Paragraph 5 of the Complaint.

## III.    JURISDICTION AND VENUE

6.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 6 of the Complaint.

7.    Amazon admits that venue is proper in this Court under 28 U.S.C § 1391(b)(2).

8.    Amazon admits that this Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332.

## IV.    FACTUAL ALLEGATIONS

9.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 9 of the Complaint.

10.     Amazon admits only that a Jeremiah Stevens purchased an InfinaCore P3 Portable Charger Power Bank (identified by Amazon Standard Identification Number B082NBS49J) (the "P3") on or about July 19, 2024 (Order #113-8784944-6971424). Amazon denies that Plaintiff purchased the P3 from Amazon. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 10 of the Complaint and therefore denies them.

11.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint and therefore denies them.

V.     FIRST CAUSE OF ACTION – PRODUCTS STRICT LIABILITY AGAINST DEFENDANT INFINACORE

12.     Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 12 of the Complaint.

13.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 13 are directed at Amazon, Amazon denies such allegations.

14.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 14 are directed at Amazon, Amazon denies such allegations.

15.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 15 are directed at Amazon, Amazon denies such allegations.

16.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 16 are directed at Amazon, Amazon denies such allegations.

17.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 17 are directed at Amazon, Amazon denies such allegations.

18.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 18 are directed at Amazon, Amazon denies such allegations.

19.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 19 are directed at Amazon, Amazon denies such allegations.

20.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 20 are directed at Amazon, Amazon denies such allegations.

21.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 21 are directed at Amazon, Amazon denies such allegations.

22.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 22 are directed at Amazon, Amazon denies such allegations.

## VI.    SECOND CAUSE OF ACTION – PRODUCTS STRICT LIABILITY AGAINST DEFENDANT AMAZON

23.     Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 23 of the Complaint.

24.     Amazon denies the allegations of Paragraph 24 of the Complaint.

25.     Amazon denies the allegations of Paragraph 25 of the Complaint.

26.     Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint and therefore denies them.

27.     Amazon denies that it sold the P3. The remaining allegations in Paragraph 27 seek a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the remaining allegations in Paragraph 27.

28.     The allegations in Paragraph 28 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 28.

29.     Amazon denies the allegations of Paragraph 29 of the Complaint.

30.     Amazon denies the allegations of Paragraph 30 of the Complaint.

31.     Amazon denies the allegations of Paragraph 31 of the Complaint.

32.     Amazon denies the allegations of Paragraph 32 of the Complaint.

33.     Amazon denies the allegations of Paragraph 33 of the Complaint.

## VII.    THIRD CAUSE OF ACTION – BREACH OF IMPLIED WARRANTIES AGAINST DEFENDANT INFINACORE

34.     Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 34 of the Complaint.

35.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 35 are directed at Amazon, Amazon denies such allegations.

36.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 36 are directed at Amazon, Amazon denies such allegations.

37.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 37 are directed at Amazon, Amazon denies such allegations.

38.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 38 are directed at Amazon, Amazon denies such allegations.

39.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 39 are directed at Amazon, Amazon denies such allegations.

## VIII.   FOURTH CAUSE OF ACTION – BREACH OF IMPLIED WARRANTIES

## AGAINST DEFENDANT AMAZON

40.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 40 of the Complaint.

41.    The allegations in Paragraph 41 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 41.

42.    The allegations in Paragraph 42 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations in Paragraph 42.

43.    The allegations in Paragraph 43 seek a legal conclusion to which no response is required. To the extent a response is required, Amazon states that the statutes cited in Paragraph 43 of the Complaint speak for themselves.  To the extent that Paragraph 43 of the Complaint makes any factual allegations, Amazon denies those allegations.

44.    Amazon denies the allegations of Paragraph 44 of the Complaint.

45.    Amazon denies the allegations of Paragraph 45 of the Complaint.

IX.    FIFTH CAUSE OF ACTION – FAILURE TO WARN AGAINST

DEFENDANT INFINACORE

46.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 46 of the Complaint.

47.    Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 47 are directed at Amazon, Amazon denies such allegations.

48.    Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 48 are directed at Amazon, Amazon denies such allegations.

49.    Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 49 are directed at Amazon, Amazon denies such allegations.

50.    Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 50 are directed at Amazon, Amazon denies such allegations.

X.    SIXTH CAUSE OF ACTION – FAILURE TO WARN AGAINST

DEFENDANT AMAZON

51.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 51 of the Complaint.

52.     Amazon denies the allegations of Paragraph 52 of the Complaint.

53.     The allegations in Paragraph 53 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of paragraph 53 .

54.     Amazon denies the allegations of Paragraph 54 of the Complaint.

55.     Amazon denies the allegations of Paragraph 55 of the Complaint.

XI.     SEVENTH CAUSE OF ACTION – NEGLIGENCE AGAINST DEFENDANT
INFINACORE

56.     Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to paragraph 56 of the Complaint.

57.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 57 are directed at Amazon, Amazon denies such allegations.

58.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 58 are directed at Amazon, Amazon denies such allegations.

59.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 59 are directed at Amazon, Amazon denies such allegations.

60.     Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations

contained in Paragraph 60 and its subparts are directed at Amazon, Amazon denies such allegations.

61.    Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 61 are directed at Amazon, Amazon denies such allegations.

62.    Amazon does not respond to allegations directed towards another defendant. To the extent a response is required, and to the extent the allegations contained in Paragraph 62 are directed at Amazon, Amazon denies such allegations.

## XII.    EIGHTH CAUSE OF ACTION – NEGLIGENCE AGAINST DEFENDANT AMAZON

63.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 63 of the Complaint.

64.    The allegations in Paragraph 64 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 64.

65.    The allegations in Paragraph 65 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 65.

66.    Amazon denies the allegations of Paragraph 66 of the Complaint.

67.    Amazon denies the allegations of Paragraph 67 of the Complaint.

68.    Amazon denies the allegations of Paragraph 68 of the Complaint.

69.    Amazon denies the allegations of Paragraph 69 of the Complaint.

70.    Amazon denies the allegations of Paragraph 70 (and its subparts) of the Complaint.

71.    Amazon denies the allegations of Paragraph 71 of the Complaint.

72.    Amazon denies the allegations of Paragraph 72 of the Complaint.

## XIII.    CAUSATION OF INJURIES AND DAMAGES

73.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 73 of the Complaint.

74.    The allegations in Paragraph 74 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 74.

75.    The allegations in Paragraph 75 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 75.

76.    The allegations in Paragraph 76 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 76.

77.    The allegations in Paragraph 77 seek a legal conclusion to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 77.

## XIV.    COMPENSATORY DAMAGES SUSTAINED BY PLAINTIFF

78.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 78 of the Complaint.

79.    The allegations in Paragraph 79 and each of its subparts seek legal conclusions to which no response is required.  To the extent a response is required, Amazon denies the allegations of Paragraph 79, including each of its subparts, and denies that Plaintiff is entitled to damages from Amazon.

## XV.    AMOUNT OF DAMAGES

80.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 80 of the Complaint.

81.    Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 relating to damages Plaintiff allegedly incurred and therefore denies them. Amazon denies that Plaintiff is entitled to damages from Amazon and denies all remaining allegations of Paragraph 81.

## XVI.    PUNITIVE DAMAGES

82.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 82 of the Complaint.

83.    Amazon denies that Plaintiff is entitled to damages from Amazon and denies all remaining allegations of Paragraph 83 of the Complaint.

84.    Amazon denies that Plaintiff is entitled to damages from Amazon and denies all remaining allegations of Paragraph 84 of the Complaint.

## XVII.  DEMAND FOR JURY TRIAL

85.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 85 of the Complaint.

86.    Amazon states that Paragraph 86 of the Complaint makes no factual allegations and requires no response from Amazon. To the extent that a response is required, Amazon denies that Plaintiff is entitled to any relief requested and denies all remaining allegations of Paragraph 86 of the Complaint.

## XVIII. RESERVATION OF ADDITIONAL CLAIMS

87.    Amazon adopts and incorporates by reference its answers, responses, admissions, denials, and statements in this answer in response to Paragraph 87 of the Complaint.

88.    Amazon states that Paragraph 88 of the Complaint makes no factual allegations and requires no response from Amazon.  To the extent that a response is required, Amazon denies that Plaintiff is entitled to any relief requested and denies all remaining allegations of Paragraph 88 of the Complaint.

The  WHEREFORE  paragraph  following  Section  XVIII  of  the  Complaint contains no allegations to which Amazon is required to respond. To the extent that a response is required, Amazon denies that entry of judgment against it is appropriate

or that it is liable to Plaintiff in any manner whatsoever. Amazon further denies that Plaintiff is entitled to any of the relief requested in the Complaint.

<u>AFFIRMATIVE DEFENSES</u>

Without admitting any of the allegations contained in the Complaint and without admitting or acknowledging that Amazon bears any burden of proof as to any of them, Amazon asserts the additional defenses listed below.  Amazon intends to rely upon all defenses that become available or apparent during pretrial proceedings and/or discovery in this action, and Amazon hereby reserves the right to amend this Answer to assert any such further defenses.

**First Defense**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**Second Defense**

Plaintiff's Complaint fails to join necessary and/or indispensable parties

**Third Defense**

Plaintiff's claims against Amazon fail because Amazon did not design, manufacture, sell, or distribute the product at issue.

**Fourth Defense**

Plaintiff's claims are barred, in whole or in part, because Amazon did not owe any legal duty to Plaintiff, or, if Amazon owed any such legal duty, Amazon did not breach that duty.

## Fifth Defense

Plaintiff's claims may be barred, in whole or in part, by the Federal Communications Decency Act, 47 U.S.C. § 230 to the extent they are based on third-party content on www.amazon.com.

## Sixth Defense

Amazon acted at all times reasonably, in good faith, and in compliance with all applicable statutes and regulations.

## Seventh Defense

Plaintiff's injuries or damages, if any, were caused in whole or in part by the acts or omissions of other persons or entities other than Amazon, including other parties and non-parties to this action, over whom Amazon had no supervision or control, or right to supervise or control, those acts or omissions being the sole proximate cause or an intervening or superseding cause of any injuries or damages Plaintiff sustained.

## Eighth Defense

Amazon states that any alleged negligence on behalf of Amazon was passive whereas the active negligence of another third party was the sole proximate cause of any injuries or damages sustained by the Plaintiff.

## Ninth Defense

Amazon pleads the lack of proximate cause as a bar to any claims of Plaintiff in this action.

## Tenth Defense

Amazon alleges the superseding and intervening negligence or fault of other third parties and asserts that the doctrine of superseding and intervening cause bars any recovery against Amazon.

## Eleventh Defense

That if Amazon is found liable to Plaintiff, which liability is denied, the negligence of Defendants other than Amazon caused or contributed to the damages, if any, sustained by Plaintiff.

## Twelfth Defense

Amazon asserts that Plaintiff's damages, if any, should be apportioned among all joint tortfeasors, including both party defendants and non-parties, under the Uniform Contribution Among Tortfeasors Act, Ark. Code Ann. § 16-61-201 et seq. Amazon asserts all other rights and defenses available under that act as well.

## Thirteenth Defense

No act or omission on the part of Amazon either caused or contributed to whatever injuries or damages Plaintiff may have sustained.

## Fourteenth Defense

If Amazon breached any warranties, which is denied, then any alleged breach of warranty on behalf of Amazon was not an active cause of any alleged injuries by Plaintiff.

### Fifteenth  Defense

Plaintiff's alleged loss, damages, injuries, harm, or expenses may have been caused in whole or in part by Plaintiff's failure to exercise reasonable care and to mitigate damages.

### Sixteenth Defense

Plaintiff's claims may be barred, in whole or in part, by his own fault under the Arkansas comparative fault statute, Ark. Code Ann. § 16-64-122.

### Seventeenth Defense

Plaintiff's claims are barred by Plaintiff's express or implied assumption of risk of injury and/or damage.

### Eighteenth Defense

Upon information and belief, Plaintiff and/or other persons or entities were aware of, or should have been aware of, the proper, safe and intended use, care, and maintenance of the product.  Plaintiff and/or other persons or entities may have nevertheless, and with full knowledge of the consequences and dangerousness of such use, misused or abused the product by not properly and safely caring for, using, and maintaining the product, and such misuse or abuse proximately caused Plaintiff damages.

### Nineteenth Defense

Plaintiff's alleged injuries and expenses may have been caused by a modification or alteration of the product, and any such modification or alteration was not reasonably expected by Amazon.

17

### Twentieth Defense

The product which is the subject of this lawsuit may have contained specific and proper warnings regarding the consequences of its use which admonished the user not to use the product except pursuant to, and in strict conformance with, the instructions for its use. Amazon alleges that Plaintiff and/or other persons or entities, with disregard for said warnings, and with knowledge of said warnings and with appreciation of the consequences and dangerousness of using the product contrary to said warnings, nevertheless used said product in disregard of the warnings and thereby proximately caused Plaintiff's damages.

### Twenty-First Defense

The product which is the subject of this lawsuit may have contained specific instructions regarding the proper use of said product, the manner in which to properly use the product, the manner in which the product may be safely used, the procedures to follow to correctly, properly, and safely use the product and the use for which the product was designed, intended, and marketed. Amazon alleges that Plaintiff and/or other persons or entities were aware of, or should have been aware of, said instructions, and Plaintiff and/or other persons or entities knew, or should have known, of the consequences and dangerousness of using the product contrary to and in disregard of said instructions, and yet nevertheless used said product contrary to said instructions which proximately caused Plaintiff's damages.

### Twenty-Second Defense

Plaintiff's alleged damages, if any, were caused or contributed to, directly and

proximately, by Plaintiff's disregard of the warnings, instructions, user manual, and/or directions for the product's use.

### Twenty-Third Defense

Plaintiff's claims are barred, in whole or in part, because the dangers, or potentiality of danger, concerning the product at issue, were open and obvious and/or generally known and recognized.

### Twenty-Fourth Defense

Plaintiff cannot recover under the Complaint because the product in question was in conformity with the generally recognized state of the art at the time it was designed, manufactured, packaged, and labeled.

### Twenty-Fifth Defense

That at all times, the product complied with the product warranties and the implied warranty of merchantability was not breached.

### Twenty-Sixth Defense

That at all relevant times, the product was properly marketed and sold within the custom and usage in the industry.

### Thirty-Seventh Defense

The product at issue complied with all applicable regulations and industry standards.

### Twenty-Eighth Defense

Amazon adopts all affirmative defenses available to it under the Arkansas Product Liability Act, Ark. Code Ann. § 16-116-201, et. seg., and under the Arkansas Civil Justice Reform Act of 2003.

### Twenty-Ninth Defense

Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations.

### Thirtieth Defense

Plaintiff is barred from recovery in whole or in part because Plaintiff or his agent(s) failed to preserve material evidence, including but not limited to the product which Plaintiff alleges gives rise to each and every cause of action in the Complaint.

### Thirty-First Defense

Amazon alleges that the Arkansas punitive damages statute and other Arkansas law may be unconstitutional as applied under the Constitution of the United States of America, in that, among other things, it is void for vagueness, violative of equal protection under the Fourteenth Amendment, violative of due process under the Fifth and Fourteenth Amendments, violative of the right to counsel under the Sixth Amendment, violative of the right to trial by jury under the Sixth and/or Seventh Amendments, violative of Eighth Amendment proportionality principles, an undue burden on interstate commerce under Article I, Section 8 of the U.S. Constitution, violative of freedom of contract under Article I, Section 10, of the

U.S. Constitution and the Contracts Clause of the Constitution of Arkansas, and violative of the prohibition of ex post facto laws of the Constitution of Arkansas.

### Thirty-Second Defense

No punitive damages are warranted or allowable that would exceed comparable maximums established for criminal fines.

### Thirty-Third Defense

Amazon is entitled to a reduction or setoff for any and all payments paid or payable to Plaintiffs for any damages alleged in the Complaint from any collateral source whatsoever.

### **PRAYER FOR RELIEF**

**WHEREFORE,** Amazon respectfully prays for relief and judgment against Plaintiff as follows:

a.    That Plaintiff has and recovers nothing from Amazon;

b.    That the Court enter judgment in favor of Amazon and against Plaintiff on each and every claim in the Complaint;

c.    That the Court dismiss all of Plaintiff's claims with prejudice;

d.    That Amazon be awarded the costs of this lawsuit; including reasonable attorneys' fees; and

e.    For such other and further relief as the Court may deem just and proper.

Gary D. Marts, Jr. (2004116)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
gmarts@wlj.com

*Attorneys for Defendant Amazon.com, Inc.*